IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GIVENS, | : | |
| Plaintiff, | : | Civil Action 2:17-cv-504 |
| v. | : | Judge Michael H. Watson |
| SETERUS, INC., | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER

The Court conducted a preliminary pretrial conference on August 10, 2017.  All parties were represented by counsel.

### Rule 26(a)(1) Initial Disclosures

The parties will make their Rule 26(a)(1) disclosures on or before **AUGUST 25, 2017.**

### Jurisdiction and Venue

Venue is proper in the Southern District of Ohio, Eastern Division.  Jurisdiction is alleged under the Fair Debt Collection Practices Act ("FDCPA"), 15, U.S.C. § 1692.  Supplemental jurisdiction over state-law claims is alleged under 28 U.S.C. § 1367.  There are no contested issues involving personal jurisdiction, subject matter jurisdiction, or venue.  Any motion addressing personal jurisdiction, subject matter jurisdiction, or venue must be filed on or before **AUGUST 25, 2017.**

### Amendments to Pleadings and/or Joinder of Parties

No amendments to the pleadings are anticipated.  Motions or stipulations addressing the parties or pleadings, if any, must be filed on or before **SEPTEMBER 11, 2017.**

**Limitations on Discovery**

The parties may, without further leave of Court, agree to exceed the limitations on discovery established by the Federal Rules of Civil Procedure or the Local Rules of this Court.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

**Protective Orders**

The parties anticipate filing an agreed protective order to address matters related to privileged and confidential information.  Any proposed protective order shall not contain a provision permitting the parties discretion to file documents with the Court under seal.  Documents may be filed under seal only with leave of Court upon a showing of good cause.

**Experts' Disclosures**

Neither party anticipates the need for expert testimony in this case.

**Discovery and Case-Dispositive Motions Deadlines**

All discovery must be completed by **FEBRUARY 23, 2018**.  Case-dispositive motions must be filed on or before **MARCH 30, 2018**.  The parties are advised that the discovery completion date requires that discovery requests be made sufficiently in advance to permit timely response by that date.

**Settlement Discussions and Settlement Week Referral**

Plaintiff will make a demand by August 25, 2017 to which Defendant will respond by September 15, 2017.  The parties will participate in the **SEPTEMBER 2017 SETTLEMENT WEEK**.  Referral to settlement week has no effect on the case schedule.  All deadlines established in this Pretrial Order shall remain in place unless the parties move for, and are granted a continuance or stay.

**Availability for Final Pretrial Conference**

This case will be available for final pretrial conference in September 2018 or as soon thereafter as the Court's calendar permits.

If the foregoing does not accurately reflect the matters considered and the agreements reached at the conference, counsel will please immediately make their objections in writing. If any date set in this Order falls on a Saturday, Sunday or legal holiday, the date of the next business day will control.

DATE: August 10, 2017        /s/ *Elizabeth A. Preston Deavers*
                           **ELIZABETH A. PRESTON DEAVERS**
                           **UNITED STATES MAGISTRATE JUDGE**